UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| ROBERT SMALL, and TERRY MYERS, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) NO. 3:22-cv-00984 |
| ALUDYNE US LLC, | ) |
| Defendant. | ) |

## ORDER

This case presents issues under the Fair Labor Standards Act, specifically failure to pay overtime wages. The parties jointly move for approval of the Settlement Agreement and Release (Doc. No. 47). The Court has reviewed the Settlement Agreement and Release and it appears to be a fair, appropriate and reasonable settlement. Accordingly, the Joint Motion (Doc. No. 46) is **GRANTED** and this case is **DISMISSED WITHOU PREJUDICE.** This order shall constitute the final judgment tin this case pursuant to Fed. R. Civ. P. 58. The Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE

1