# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Robert C. Small, et al.

                Plaintiff,

v.                                                   Case No.: 3:22–cv–00984

Aludyne US LLC

                Defendant,

## ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/20/2024 re [48].

                                                              Lynda M. Hill
                                      s/ Annecia L Donigan, Deputy Clerk